| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br><br><br>In Re:<br><br>GLEN D. JOHANSON<br><br> | **FILED**<br>JAMES J. WALDRON, CLERK<br>JUL 1 4 2011<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY<br><br>Case No.: 05-55369-RG<br><br>Adv. No.:<br><br>Hearing Date: September 20, 2010<br><br>Judge: Hon. Rosemary Gambardella |

~~CAPTION OF~~ ORDER *DENYING MOTION TO REOPEN* M

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

*[Signature]*
/USBJ/

7/14/11

Upon consideration of the motion of Laurie J. Rieger, movant to reopen the estate, and upon consideration of the opposition submitted by Glen D. Johanson and Peter Van Aulen, the motion to reopen the estate is hereby **DENIED** for the reasons set forth on the record on June 29, 2011.

Dated:

**BY THE COURT**

_____

Honorable Rosemary Gambardella
United States Bankruptcy Judge for the District of New Jersey